IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Cleveland Mentore,<br><br>        Plaintiff,<br><br>v.<br><br>Pace Runners, Inc.,<br><br>        Defendant. | CIVIL ACTION NO. 1:15-cv-00955-WSD |

## JOINT MOTION TO APPROVE SETTLEMENT

COME NOW Plaintiff Cleveland Mentore and Defendant Pace Runners, Inc. (collectively, the "Parties"), by and through their undersigned counsel, respectfully jointly move the Court to: (1) conduct an in camera review of the proposed Confidential Settlement Agreement and General Release ("Settlement Agreement") which the Parties are concurrently filing under seal with the Court; (2) approve the Settlement Agreement entered into between the Parties; (3) enter an Order dismissing with prejudice all of the claims alleged in the lawsuit against Defendant by Plaintiff; and (4) retain jurisdiction over this matter to enforce the terms of the Parties' Settlement Agreements until all payments set forth in the Settlement Agreements have been made.  In support of this Motion, the Parties submit the accompany Memorandum of Law and incorporate it herein by

reference.

WHEREFORE, the Parties hereby request that this Court grant this Motion and enter the proposed Order approving the Settlement Agreements and dismissing this action with prejudice.

Respectfully submitted this 22nd day of September, 2015.

| | |
|---|---|
| /s/ Charles R. Bridgers* | /s/ Bradley E. Strawn |
| Charles R. Bridgers | Bradley E. Strawn |
| Georgia Bar No. 080791 | Georgia Bar No. 004419 |
| charlesbridgers@dcbflegal.com | BStrawn@littler.com |
| Kevin D. Fitzpatrick, Jr. | Shella B. Neba |
| Georgia Bar No. 262375 | Georgia Bar No. 305082 |
| kevin.fitzpatrick@dcbflegal.com | sneba@littler.com |
| | |
| DELONG, CALDWELL, BRIDGERS & FITZPATRICK, LLC | LITTLER MENDELSON, P.C. |
| 3100 Centennial Tower | 3344 Peachtree Road N.E. |
| 101 Marietta Street | Suite 1500 |
| Suite 3100 | Atlanta, GA  30326.4803 |
| Atlanta, GA  30303 | Telephone:   404.233.0330 |
| Telephone:  (404) 979-3150 | Facsimile:   404.233.2361 |
| Facsimile:   (404) 979-3170 | |
| | Attorneys for Defendant |
| | Pace Runners, Inc. |
| Attorneys for Plaintiff | |
| Cleveland Mentore | |

*Signed with express permission

# FONT CERTIFICATION

The undersigned hereby certify that this pleading complies with the font requirements of LR 5.1B because the document has been prepared in Times New Roman, 14 point.

*/s/ Charles R. Bridgers\**                     */s/ Bradley E. Strawn*
Charles R. Bridgers                             Bradley E. Strawn
Georgia Bar No. 080791                          Georgia Bar No. 004419
charlesbridgers@dcbflegal.com                   BStrawn@littler.com
Kevin D. Fitzpatrick, Jr.                       Shella B. Neba
Georgia Bar No. 262375                          Georgia Bar No. 305082
kevin.fitzpatrick@dcbflegal.com                 sneba@littler.com

DELONG, CALDWELL, BRIDGERS                       LITTLER MENDELSON, P.C.
& FITZPATRICK, LLC                               3344 Peachtree Road N.E.
3100 Centennial Tower                            Suite 1500
101 Marietta Street                              Atlanta, GA  30326.4803
Suite 3100                                       Telephone:   404.233.0330
Atlanta, GA  30303                               Facsimile:    404.233.2361
Telephone:  (404) 979-3150
Facsimile:  (404) 979-3170                       Attorneys for Defendant
                                                 Pace Runners, Inc.

Attorneys for Plaintiff
Cleveland Mentore

*\*Signed with express permission*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CLEVELAND MENTORE,<br><br>          Plaintiff,<br><br>v.<br><br>PACE RUNNERS, INC.,<br><br>          Defendant. | CIVIL ACTION NO. 1:15-cv-00955-WSD |

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of September, 2015, I have electronically filed the foregoing **Joint Motion to Approve Settlement** using the Court's ECF system, which will automatically generate notice to:

Charles R. Bridgers
Kevin D. Fitzpatrick, Jr.
DeLong, Caldwell, Bridgers & Fitzpatrick, LLC
3100 Centennial Tower
101 Marietta Street, Suite 3100
Atlanta, GA 30303

/s/ Bradley E. Strawn
Bradley E. Strawn
Georgia Bar No. 004419

Firmwide:135014977.1 080343.1002

4