IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CLEVELAND MENTORE,

                Plaintiff,

v.

PACE RUNNERS, INC.,

                Defendant.

1:15-cv-955-WSD

## ORDER

This matter is before the Court on the Parties' Joint Motion to Approve Settlement [13].

This is an action to recover alleged unpaid wages under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. (the "FLSA"). "When employees bring a private action for back wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a stipulated judgment after scrutinizing the settlement for fairness." Lynn's Food Stores, Inc. v. U.S. Dep't of Labor, 679 F.2d 1350, 1353 (11th Cir. 1982). Having reviewed in camera the Settlement Agreement,[1] the Court finds that the settlement, including the amount to be paid to Plaintiff, is "a fair and reasonable resolution of a bona fide dispute over FLSA provisions." See id. at 1355. The Court finds that the Settlement

---

[1] Pursuant to the Court's September 18, 2015, Order [12], the Parties filed on the docket a redacted copy of the Settlement Agreement [13.2].

Agreement was negotiated at arm's length by represented parties and is not the result of collusion.  The Court also finds that the separate amount of attorneys' fees and costs to be paid by Defendant to Plaintiff's counsel, as stated in the Settlement Agreement, is reasonable in view of the results obtained and the customary fee for similar legal services provided in the Atlanta legal market.  See <u>Kreager v. Solomon & Planagan, P.A.</u>, 755 F.2d 1541, 1542 (11th Cir. 1985) (award of attorneys' fees is mandatory for prevailing plaintiff under FLSA) (citing 29 U.S.C. § 216(b)); <u>Dail v. George A. Arab Inc.</u>, 391 F. Supp. 2d 1142, 1146-47 (M.D. Fla. 2005) (noting greater flexibility in determining reasonableness of attorneys' fees award under FLSA where action is an individual action and defendant agrees to the award).

Accordingly, and for the foregoing reasons,

**IT IS HEREBY ORDERED** that the Parties' Joint Motion to Approve Settlement [13] is **GRANTED**.  The Settlement Agreement is **APPROVED** and this action is **DISMISSED WITH PREJUDICE.**

**SO ORDERED** this 23rd day of September, 2015.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE